John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendant COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE RICOTTA,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF IMPERIAL, CA; DOES 1 to 20, Inclusive<br><br>    Defendants. | Case No.: 13 CV 1454 DMS WVG<br><br>**PROOF OF SERVICE** |

I, Lucia Ruffin, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs. My business address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

On October 28, 2013 I served the following:

1. ANSWER TO FIRST AMENDED COMPLAINT

On:

**Plaintiff's Attorney:**
John H. Serrano
Law Office of John Serrano
209 West Second Street
Yuma, AZ 85364
Tel: (928) 271-5032
serranolaw@gmail.com

Service was effectuated as follows:

ELECTRONIC SERVICE. Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct. Executed on October 28, 2013 at San Diego, California.

_____
Lucia Ruffin