UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE RICOTTA,<br><br>　　　　　　Plaintiff,<br>v.<br>COUNTY OF IMPERIAL, *et al.*,<br><br>　　　　　　Defendants. | Civil No.13-CV-1454-DMS (WVG)<br><br>ORDER VACATING MANDATORY SETTLEMENT CONFERENCE |

## **I. BACKGROUND**

On April 7, 2014, this Court set a Mandatory Settlement Conference to be held on March 23, 2015, at 9:00 a.m. (Doc. No. 26.) On February 27, 2015, the Honorable Dana M. Sabraw, United States District Judge, issued an Order Continuing Pretrial Conference. (Doc. No. 66.) The pretrial conference was continued from March 13, 2015, to March 20, 2015, at 10:30 a.m. Id.

On March 17, 2015, this Court ordered the parties to appear in the chambers of Magistrate Judge William V. Gallo after the pretrial conference with Judge Sabraw on March 20, 2015. (Doc. No. 67.) During the pretrial conference, Judge Sabraw granted an oral request to continue the jury trial from April 13, 2015, to June 9, 2015. (Doc. No. 68.)

## II. MANDATORY SETTLEMENT CONFERENCE VACATED

Due to Plaintiff's pending criminal case, which is set to resolve in May of 2015, and in light of the continuance of the trial date, this Court hereby VACATES the Mandatory Settlement Conference set for March 23, 2015, at 9:00 a.m. <u>Plaintiff's counsel shall contact this Court within two business days of the resolution of Plaintiff's criminal case, or within two business days of a continuance of Plaintiff's criminal case.</u>  The Court will then reschedule the Mandatory Settlement Conference.

IT IS SO ORDERED.

DATED: March 20, 2015

_____
Hon. William V. Gallo
U.S. Magistrate Judge