Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
Grace Jun, SBN: 287973
IREDALE and YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525    FAX:   (619) 233-3221

Attorneys for Plaintiff Lance Ricotta

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE RICOTTA, | CASE NO.: 13cv1454-DMS-WVG |
| Plaintiff, | |
| vs. | **JOINT WITNESS LIST** |
| COUNTY OF IMPERIAL, CHERYL FOWLER, EMMANUEL RAMIREZ, ROBERT BENAVIDEZ, and RANDY MCCOY, | |
| Defendants. | |

## WITNESSES

1. Lance Ricotta, plaintiff
2. Sergeant Cheryl Fowler, defendant
3. Sergeant Robert Benavidez, defendant
4. Deputy Emmanuel Ramirez, defendant
5. Deputy Randy McCoy, defendant
6. Kayla Fourtier, percipient witness
7. Mick Feyer, percipient witness
8. Mark Lauck, percipient witness
9. Jeanne Ricotta, percipient witness

10. Tom Ricotta, percipient witness
11. Diane Allen
12. Joshua Drye
13. Robert Fonzi
14. Montana McClannahan
15. Rachael M. Mayer, R.N.
16. Joilo Barbosa, M.D.
17. Paul Lampert, M.D.
18. Salvador Velasquez, M.D.
19. Matthew Green
20. Freddy Herrero
21. Zuzy Gasparic
22. Murad Masad
23. Arlene Coronado
24. Gisella Rodriguez
25. Roger Clark
26. Dr. Samy Abduo
27. Dr. Gary Loos
28. Dr. Jeffery Nerenberg
29. Dr. Earl Sacramento

///
///
///
///
///
///

Respectfully submitted,

Dated November 1, 2015          IREDALE AND YOO, APC

s/ Eugene Iredale
EUGENE IREDALE
JULIA YOO
GRACE JUN
Attorneys for Plaintiff

Dated November 1, 2015          McCORMICK, MITCHELL & RASMUSSEN

*/s/ John P. McCormick*
John P. McCormick
Konrad M. Rasmussen
Nicole Barvie
Attorneys for Defendants